IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MURO, on behalf of herself all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | No.  04 C 6267 |
| v. | ) ) ) | JUDGE PALLMEYER |
| TARGET CORPORATION, TARGET NATIONAL BANK, N.A., and TARGET RECEIVABLES CORPORATION | ) ) ) ) | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
| Defendants. | ) ) | |

ACCEPTANCE OF OFFER OF JUDGMENT MADE PURSUANT TO FED. R. CIV. P. 68

On December 11, 2007, the Defendants served the attached offer of judgment on the Plaintiff via e-mail.  Having reviewed the offer, and seeing as it preserves the Plaintiff's right to appeal all of this Court's adverse orders; the Plaintiff accepts the Defendants' offer of judgment on her individual claim under 15 U.S.C. § 1642 (Count I).  The Plaintiff looks forward to this Court's resolution of the outstanding issues,[1] and entry of a final judgment that incorporates the reservation of Plaintiff's right to appeal.

_Christine Muro_     12/14/07
Christine Muro                  Date

                           s/David J. Piell
                           David J. Piell
                           1431 McHenry Road
                           Suite 213
                           Buffalo Grove, IL 60089
                           david@consumerprotectionlaw.org
                           Phone: (847) 955-1276
                           Fax: (847) 955-1953
                           Bar ID No. 6278241

---

[1] The only remaining issues before this Court are: 1) ruling on the documents withheld under a claim of attorney-client privilege; and 2) Count VI.  The parties agree that this Court has already implicitly disposed of Count VI, and request that this Court merely formalize its disposal of Count VI.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Christine Muro, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation; Target National Bank; and Target Receivables Corporation,<br><br>Defendants. | No. 04 C 6267 (RRP/GSB) |

### OFFER OF JUDGMENT AS TO COUNT I

Pursuant to Federal Rule of Civil Procedure 68, Defendant Target National Bank hereby offers to allow judgment to be taken against it as to the Plaintiff's individual claim under count I (alleged violation of 15 U.S.C. § 1642) for the sum of $3,500.00, including—

 (a) $1,000.00 as to liability under 15 U.S.C. § 1640(a)(2)(A),

 (b) $2,500.00 for the costs of the action and a reasonable attorney's fee under 15 U.S.C. § 1640(a)(3).

Any judgment resulting from the Plaintiff's acceptance of this offer includes and extinguishes all damages, costs, fees, and other liability arising in connection with the Plaintiff's individual claim under count I.

1

Any judgment resulting from the Plaintiff's acceptance of this offer releases the other Defendants, Target Corporation and Target Receivables Corporation, from the Plaintiff's claim under count I, and extinguishes any liability that they may have owed under that claim.

This offer does not affect the summary judgment dated July 15, 2005, as to the Plaintiff's class claim under count I.

This offer is made only for the purposes of Rule 68. This offer is made for the purpose of compromising, settling, and resolving certain disputed claims and issues, and for the purpose of avoiding a trial whose expense will easily exceed the amount in controversy. This offer does not operate as an admission of any liability by any Defendant. By accepting this offer, the Plaintiff understands that the Defendants are paying to compromise, settle, and resolve certain disputed causes of action, claims, demands, and rights, but do not admit that they are liable for any such cause of action, claim, demand, or right.

December 11, 2007.

        FAEGRE & BENSON LLP

        */s/ Brian Melendez*

        Michael A. Ponto, No. 203944 (Minn.)
          (admitted pro hac vice)
        Brian Melendez, No. 223633 (Minn.)
          (admitted pro hac vice)
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901
        Ph. 612.766.7309
        Fax 612.766.1600

                in association with

        JOHNSON & BELL, LTD.
        Joseph R. Marconi
        Garrett L. Boehm, Jr.
        Suite 2700
        33 West Monroe Street
        Chicago, IL 60603-5404
        Ph. 312.372.0770
        Fax 312.372.9818

        Attorneys for Defendants

fb.us.2469175.02

<u>PROOF OF SERVICE BY ELECTRONIC MEANS</u>

      I certify that on December 14, 2007, this paper was served on counsel for all parties in this matter, concurrent with the filing of this paper with this Court's CM/ECF system, in the manner provided for by this Court's General Order on Electronic Case Filing (N.D. Ill. June 1, 2005).

           <u>s/David J. Piell</u>
           David J. Piell
           1431 McHenry Road
           Suite 213
           Buffalo Grove, IL 60089
           david@consumerprotectionlaw.org
           Phone: (847) 955-1276
           Fax: (847) 955-1953
           Bar ID No. 6278241