IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MURO, on behalf of herself all others similarly situated, | ) ) ) |
| Plaintiffs, | ) No. 04 C 6267 ) ) |
| v. | ) JUDGE PALLMEYER ) |
| TARGET CORPORATION, TARGET NATIONAL BANK, N.A., and TARGET RECEIVABLES CORPORATION | ) ) MAGISTRATE JUDGE ) GERALDINE SOAT BROWN ) |
| Defendants. | ) |

### JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

On December 14, 2007, the Plaintiff filed her acceptance of the Defendants' Fed. R. Civ. P. 68 Offer of Judgment (Doc. 292). The Plaintiff's acceptance of the Defendants' offer eliminated the need for a trial in this matter. The Parties agree that the only remaining claim is count VI and that, based on this Court's rulings as to counts I through V, count VI is moot. The Parties therefore seek a final judgment as follows:

(a) as to the Plaintiff's individual claim under count I, judgment in accordance with the accepted offer of judgment filed December 14, 2007 (Doc. 292);

(b) as to the class claim under count I, and the claims under counts III through V, judgment in accordance with the summary judgment dated July 15, 2005;

(c) as to the claims under count II, judgment in accordance with the summary judgment dated November 2, 2007;

(d) as to the claims under count VI, judgment for the Defendants; and

(e) as to the Plaintiff's right to appeal, the Plaintiff has reserved the right to appeal from this Court's denial of class certification on Count I. Further, that the Plaintiff's rights to appeal this Court's other adverse rulings on Counts II - VI and discovery disputes are unaffected

by the Plaintiff's acceptance of the Defendants' Offer of Judgment as to Count 1.

Respectfully Submitted,

FAEGRE & BENSON LLP

*[signature]*

---

Michael A. Ponto, No. 203944 (Minn.)
    (admitted pro hac vice)
Brian Melendez, No. 223633 (Minn.)
    (admitted pro hac vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Ph. 612.766.7309
Fax 612.766.1600

    in association with

JOHNSON & BELL, LTD.
Joseph R. Marconi
Garrett L. Boehm, Jr.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404
Ph. 312.372.0770
Fax 312.372.9818

Attorneys for Defendants

s/David J. Piell
---
David J. Piell
1431 McHenry Road
Suite 213
Buffalo Grove, IL 60089
david@consumerprotectionlaw.org
Phone: (847) 955-1276
Fax: (847) 955-1953
Bar ID No. 6278241

Attorney for the Plaintiff

PROOF OF SERVICE BY ELECTRONIC MEANS

       I certify that on December 17, 2007, this paper was served on counsel for all parties in this matter, concurrent with the filing of this paper with this Court's CM/ECF system, in the manner provided for by this Court's General Order on Electronic Case Filing (N.D. Ill. Oct. 26, 2007).

                                                   s/David J. Piell
                                                   David J. Piell
                                                   1431 McHenry Road
                                                 Suite 213
                                                 Buffalo Grove, IL 60089
                                                 david@consumerprotectionlaw.org
                                                 Phone: (847) 955-1276
                                                 Fax: (847) 955-1953
                                                 Bar ID No. 6278241