UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MURO, on behalf of herself all others similarly situated, | ) ) ) | |
| | ) | No.   04 C 6267 |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | JUDGE PALLMEYER |
| TARGET CORPORATION, TARGET NATIONAL BANK, N.A., and TARGET RECEIVABLES CORPORATION | ) ) ) ) | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
| Defendants-Appellees. | ) ) | |

**DOCKETING STATEMENT OF PLAINTIFF-APPELLANT CHRISTINE MURO**

This is an appeal from a final judgment entered by the District Court on January 3, 2008. This case involves the sending of unsolicited credit cards in violation of the Truth in Lending Act, and state law claims arising out of the sending of unsolicited credit cards.  The district court's jurisdiction over the Truth in Lending Act claims (brought pursuant to 15 U.S.C. § 1640 for violations of 15 U.S.C. § 1642 and 15 U.S.C. § 1637(a) and (c)) was based on 28 U.S.C. § 1331. The district court's jurisdiction over the state law claims was based on 28 U.S.C. § 1367.[1] Lastly, the district court's jurisdiction over Plaintiff's claim for declaratory relief was based on 28 U.S.C. § 2201.

The Seventh Circuit Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291, which provides that courts of appeals have jurisdiction over appeals from all final judgments of the district courts.

---

[1] The state law claims are not at issue in this appeal.

1

The district court entered a final judgment, which disposed of all claims in this matter, on January 3, 2008. The Plaintiff filed her Notice of Appeal on February 1, 2008.

        Respectfully Submitted,

        s/David J. Piell
        David J. Piell
        1431 McHenry Road
        Suite 213
        Buffalo Grove, IL 60089
        david@consumerprotectionlaw.org
        Phone: (847) 955-1276
        Fax: (847) 955-1953
        Bar ID No. 6278241

<u>PROOF OF SERVICE BY ELECTRONIC MEANS</u>

   I certify that on February 1, 2008, this paper was served on counsel for all parties in this matter, concurrent with the filing of this paper with this Court's CM/ECF system, in the manner provided for by this Court's General Order on Electronic Case Filing (N.D. Ill. October 26, 2007).

                 <u>s/David J. Piell        </u>
                 David J. Piell
                 1431 McHenry Road
                 Suite 213
                 Buffalo Grove, IL 60089
                 david@consumerprotectionlaw.org
                 Phone: (847) 955-1276
                 Fax: (847) 955-1953
                 Bar ID No. 6278241